

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main:* (973) 645-2700
*Newark, NJ 07102*                 *direct:* (973) 645-2813
*david.inkeles@usdoj.gov*

May 26, 2026

**BY ECF**

Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    ***Zakaria v. Soto, et al.,*** **No. 26-5730 (CCC)**
>        **Request for Five-Hour Extension**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter.  We respectfully write in accordance with the Court's Text Order requiring Respondents to file a response addressing the "specific assertions" in Petitioner's most recent submission regarding medical issues (ECF No. 9) by 12:00 p.m. today.  *See* ECF No. 13.  For the reasons below, Respondents respectfully request a five-hour extension of time, until 5:00 p.m. today, to file their response to the Text Order.

Respondents respectfully submit that good cause exists to grant this request. As the Court is aware, the parties filed opposing letters regarding the question of Petitioner's immediate release given allegations of inadequate medical care.  *See* ECF Nos. 5, 6, 8, 9.  Respondents filed Petitioner's medical records under seal along with a letter arguing that the evidence of Petitioner's treatment and medical conditions while in immigration custody does not indicate that immediate release is appropriate. *See* ECF Nos. 5, 8; *see also Sehaim v. Soto*, No. 26-2829 (JKS), 2026 WL 1453896, at *2-3 (D.N.J. May 22, 2026) (denying request for immediate release by immigration detainee with chronic gastrointestinal disease that required outside evaluations, diagnostic imaging, medication regimens, and specialist referrals because it did not meet "the extraordinarily narrow standard articulated in *Hope*").

Petitioner's most recent filing, ECF No. 9, includes two fact declarations—one from Petitioner and another from Dr. Anjali Niyogi, an Associate Professor of Internal Medicine and Assistant Professor of Pediatrics at the Tulane University School of Medicine.  *See* ECF Nos. 9-1, 9-2.  The Court ordered a response to the "specific assertions" in that filing by 12:00 p.m. today.  *See* ECF No. 13.

To address the medical assertions in Petitioner's most recent filing, which predominantly consist of opinions from a physician, this Office promptly contacted U.S. Immigration and Customs Enforcement to request that the ICE Health Services Corp ("IHSC") review the information contained in Petitioner's filing (ECF No. 9), along with Petitioner's medical records, to provide a response.   ICE indicates that IHSC is in the process of conducting that review but requires additional time to finalize its review and address the assertions in Petitioner's filing.  Accordingly, we respectfully request a five-hour extension of time, until 5:00 p.m. today, to provide that declaration responding to the specific assertions in Petitioner's filing at ECF No. 9.  We have contacted Petitioner's counsel to obtain consent to this request but have not received a response as of this writing.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    s/ David Inkeles
DAVID INKELES
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of Record (ECF)

SO ORDERED

    s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:    5/26/2026

2