**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2813*

September 25, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Zakaria v. Soto, et al.*, No. 26-5730 (CCC)**
**Petitioner's Custody Status and Request to Close Case**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. We respectfully write on behalf of the parties pursuant to the Court's Text Order dated September 11, 2026, ordering the parties to submit a joint status update regarding Petitioner's custody status. *See* ECF No. 25. Following the last status update to the Court, Petitioner appeared for a bond hearing and was released from custody on bond. Accordingly, the parties respectfully request that the Court close this case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ David Inkeles*
DAVID INKELES
Assistant U.S. Attorney
Deputy Chief, Civil Division
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office is directed to close this case.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/28/2026